[No. 57023-4-I. Division One. June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LYLE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00049-6, Anita L. Farris, J., entered September 19, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Cox, J.

[No. 57024-2-I. Division One. June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MURRAY MARK MELLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00134-2, Linda C. Krese, J., entered September 19, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Appelwick, C.J., and Schindler, J.

[No. 57056-1-I. Division One. June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05016-7, Laura C. Inveen, J., entered July 21, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57284-9-I. Division One. June 11, 2007.]

THE CITY OF SHORELINE, *Respondent*, v. DAVID T. STOVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-15019-8, Carol A. Schapira, J., entered November 4, 2005. *Affirmed* by unpublished per curiam opinion.